United States Magistrate Judge J. Richard Creatura

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMY A. KELLY, ) | |
| ) | CIVIL NO. C09-5710-RBL-JRC |
| Plaintiff, ) | |
| ) | ORDER FOR EXTENSION OF |
| vs. ) | TIME TO FILE OPENING BRIEF |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

Based on Plaintiff's Stipulation and the agreement of the parties, it is hereby

ORDERED that Plaintiff's Opening Brief shall be filed on or before April 21, 2010, Defendant's Answering Brief shall be filed on or before May 19, 2010, and Plaintiff's Reply Brief shall be filed on or before June 2, 2010. Oral argument, if desired, shall be requested by June 9, 2010.

DATED this 3rd day of March, 2010.

J. Richard Creatura
United States Magistrate Judge

ORDER FOR EXTENSION OF TIME
TO FILE PLAINTIFF'S BRIEF- [C09-5710 RBL-JRC] - 1