United States Magistrate Judge J. Richard Creatura

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMY A. KELLY, ) | |
| ) | CIVIL NO. C09-5710-RBL-JRC |
| Plaintiff, ) | |
| ) | ORDER FOR EXTENSION OF |
| vs. ) | TIME TO FILE OPENING BRIEF |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

Based on Plaintiff's Stipulation and the agreement of the parties, it is hereby

ORDERED that Plaintiff's Opening Brief shall be filed on or before May 19, 2010, Defendant's Answering Brief shall be filed on or before June 16, 2010 and Plaintiff's Reply Brief shall be filed on or before June 30, 2010.  Oral argument, if desired, shall be requested by July 7, 2010.

DATED this 21st day of April, 2010.

J. Richard Creatura
United States Magistrate Judge

ORDER FOR EXTENSION OF TIME
TO FILE PLAINTIFF'S BRIEF- [C09-5710 RBL] - 1