United States Magistrate Judge J. Richard Creatura

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMY A. KELLY, | ) |
| | ) CIVIL NO. C09-5710-RBL-JRC |
| Plaintiff, | ) |
| | ) ORDER FOR EXTENSION OF |
| vs. | ) TIME TO FILE PLAINTIFF'S |
| | ) OPENING BRIEF |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

Based on Plaintiff's Stipulation and the agreement of the parties, it is hereby

ORDERED that Plaintiff's Opening Brief shall be filed on or before June 3, 2010, Defendant's Answering Brief shall be filed on or before July 1, 2010, and Plaintiff's Reply Brief shall be filed on or before July 15, 2010. Oral argument, if desired, shall be requested by July 22, 2010.

DATED this 25th day of May, 2010.

J. Richard Creatura
United States Magistrate Judge

STIPULATION FOR EXTENSION OF TIME
TO FILE PLAINTIFF'S OPENING BRIEF – 1