United States Magistrate Judge J. Richard Creatura

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMY A. KELLY,<br><br>            Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>            Defendant. | )<br>)  CIVIL NO. C09-5710-RBL-JRC<br>)<br>)  ORDER FOR EXTENSION OF TIME<br>)  TO FILE PLAINTIFF'S OPENING<br>)  BRIEF<br>)<br>)<br>)<br>) |

Based on Plaintiff's Stipulation and the agreement of the parties, it is hereby

ORDERED that Plaintiff's Opening Brief shall be filed on or before June 17, 2010, Defendant's Answering Brief shall be filed on or before July 15, 2010 and Plaintiff's Reply Brief shall be filed on or before July 29, 2010. Oral argument, if desired, shall be requested by August 5, 2010.

The Court notes this is Plaintiff's fourth request for an extension to file Plaintiff's Opening Brief. No further extensions will be granted without first showing good cause.

DATED this 7th day of June, 2010.

/s/ J. Richard Creatura

J. Richard Creatura
United States Magistrate Judge

ORDER FOR EXTENSION OF TIME
TO FILE PLAINTIFF'S OPENING BRIEF – [09-5710] - 1