United States Magistrate Judge J. Richard Creatura

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMY A. KELLY,<br><br>        Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant. | CIVIL NO. C09-5710-RBL-JRC<br><br>ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY BRIEF |

Based on Plaintiff's Stipulation and the agreement of the parties, it is hereby

ORDERED that Plaintiff's Reply Brief shall be filed on or before August 12, 2010. Oral argument, if desired, shall be requested by August 19, 2010.

DATED this 2nd day of August, 2010.

_____
J. Richard Creatura
United States Magistrate Judge

ORDER FOR EXTENSION OF TIME
TO FILE PLAINTIFF'S REPLY BRIEF –
[C09-5710-RBL-JRC] - 1