UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AMY A. KELLY,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>　　　　　　　　Defendant. | CASE NO.  C09-5710RBL<br><br>ORDER |

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, and objections to the report and recommendation [Dkt. #'s 27, 28], and the remaining record, does hereby find and ORDER:

(1)　　The Court adopts the Report and Recommendation;

(2)　　The administrative decision is AFFIRMED; and

(3)　　The Clerk is directed to send copies of this Order to counsel of record.

DATED this 19th day of October, 2010.

　　　　　　　　　　　　　　　　/s/ Ronald B. Leighton
　　　　　　　　　　　　　　　　RONALD B. LEIGHTON
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER - 1