# United States District Court

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMY A. KELLY, | JUDGMENT IN A CIVIL CASE |
| v. | CASE NO. C09-5710RBL |
| MICHAEL J. ASTRUE, | |

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1) The Court adopts the Report and Recommendation; and

(2) The administrative decision is AFFIRMED.

| | |
|---|---|
| October 19, 2010 | WILLIAM M. McCOOL |
| Date | Clerk |
| | *s / Mary Trent* |
| | Deputy Clerk |